No. 108. INTERSTATE COMMERCE COMMISSION *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.;

No. 109. SEA-LAND SERVICE, INC., *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.;

No. 110. SEATRAIN LINES, INC., *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.; and

No. 125. UNITED STATES *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. Appeals from the United States District Court for the District of Connecticut. Probable jurisdiction noted. *Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for appellant in No. 108. *Warren Price, Jr.* for appellant in No. 109. *Ralph D. Ray* and *Warren E. Baker* for appellant in No. 110. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States in No. 125. *Carl Helmetag, Jr., James A. Bistline, Ernest D. Grinnell, Jr., J. Edgar McDonald, Charles P. Reynolds, Albert B. Russ, Jr.* and *Toll R. Ware* for appellees.

No. 164. JACOBELLIS *v.* OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. *Ephraim London* for appellant. *John T. Corrigan* for appellee.

No. 150. SILVER, DOING BUSINESS AS MUNICIPAL SECURITIES CO., ET AL. *v.* NEW YORK STOCK EXCHANGE. C. A. 2d Cir. Certiorari granted. *David I. Shapiro* for petitioners. *A. Donald MacKinnon* for respondent. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Melvin Spaeth* for the United States, as *amicus curiae,* in support of the petition.